. OLIVER, Administrator, v. BLAIR and Another.

No. 8809; February 18, 1885.

5 Pac. 917.

'Appeal Dismissed as to Defendants, Who Waived a Right to Appeal by stipulation in the lower court.[1]

APPEAL from the Superior Court of the City and County of San Francisco.

W. S. Goodfellow for appellant; W. M. Pierson, A. Comte, Jr., and Jos. Napthaly for respondents.

By the COURT.—In this case the defendants, D. B. Blair and Macfarlane, Blair & Co., by stipulation in the lower court, waived their appeal to this court; and thereafter and there-upon satisfaction of the judgments against them was entered. A motion is made to dismiss the appeal of the defendants above named, which is granted.

Appeal dismissed.